**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 02-cr-00474-RPM-01

UNITED STATES OF AMERICA,

Plaintiff,

vs.

STEVEN ROBERT MARINO,

Defendant.

---

## ORDER FOR CASE JURISDICTION REASSIGNMENT

---

Upon report from the Probation Office, and with the concurrence of District Judge Christine M. Arguello, it is

ORDERED that jurisdiction in Docket No. 02-cr-00474-01 be reassigned to District Judge Christine M. Arguello for all future proceedings.

DATED at Denver, Colorado, this __20__ day of December, 2010.

BY THE COURT:

Richard P. Matsch
Senior District Judge